Raskin, Appellant, *v.* Nasow et ux., and Onward Building and Loan Association.

Argued October 16, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

282

*Benjamin H. Levintow,* for appellant.

*James F. Masterson,* for appellee.

PER CURIAM, October 30, 1929:
The judgment is affirmed on the opinion filed by Judge FINLETTER of the court below.